**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| LEONARDO PEREZ GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br><br>Respondent. | No. 2:26-cv-03381-SHL-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Leonardo Perez Gutierrez's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 2), filed October 19, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition, (ECF No. 8), entered October 27, 2026, Mr. Perez Gutierrez's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 30, 2026
Date